HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL MENDOZA-CABRERA,<br><br>　　　　　Defendant. | Case No. CR03-5808 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Waive Court Fees [Dkt. #185].

Having considered the entirety of the records and file herein, the Court rules as follows:

The defendant seeks to waive the clerk's copying fees for various documents in the clerk's file. However, the record reflects that the defendant has no motions or other proceedings pending before this Court which would require the documents he seeks. The record further reflects that the defendant was represented by retained counsel therefore negating his claims of poverty and entitlement to copies of documents at government expense. The defendant, if he wishes, may make arrangements to pay the clerk the copying fee for the documents he seeks. It is therefore

**ORDERED** THAT Defendant's Motion to Waive Court Fees [Dkt. #185] is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 11th day of September, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE