HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL MENDOZA-CABRERA,<br><br>Defendant. | Case No. CR03-5808 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Letter/Motion for Reconsideration [Dkt. #187].

Having considered the entirety of the records and file herein, the Court rules as follows:

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Rule 7(h), Local Rules W.D. Wash. This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #186]. Therefore, Defendant's Letter/Motion for Reconsideration [Dkt. #187] is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of November, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1